IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGE M. ALLENSWORTH                                                          PLAINTIFF

V.                                      NO.  3:06CV00036 JMM

JO ANNE B. BARNHART,                                                           DEFENDANT
Commissioner, Social
Security Administration

ORDER

Defendant has filed a motion to remand this cause to the Commissioner pursuant to sentence six of §§ 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. 405(g) and 1383(c)(3) because the complete oral hearing held on January 10, 2005, cannot be transcribed and the case needs to be remanded to an Administrative Law Judge for the purpose of holding a de novo hearing (docket entry #3).  Defendant states that counsel for Plaintiff does not oppose her motion.

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g) (1995).

THEREFORE, the Court finds that remand is proper.  Defendant's motion (docket entry #3) is granted.  This is a "sentence six" remand.  The Clerk is directed to administratively close this file.

IT IS SO ORDERED this 26th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE