IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGE M. ALLENSWORTH                                                                    PLAINTIFF

V.                                              NO. 3:06CV00036 JMM

JO ANNE B. BARNHART,                                                                    DEFENDANT
Commissioner, Social
Security Administration

## ORDER

Plaintiff has filed a motion for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, for services performed by his attorney before this Court (docket entry #5). The Commissioner filed her response (docket entry #7), stating that Plaintiff is not entitled to an award of attorney fees under the EAJA at this time because he is not yet a "prevailing party," as required by 28 U.S.C. § 2412(d)(1)(A). The Commissioner also states that she has contacted Plaintiff's attorney and he agrees that the EAJA fee petition is premature.

Therefore, Plaintiff's motion for attorney fees pursuant to the EAJA (docket entry #5) is denied without prejudice to resubmission at the appropriate time.

IT IS SO ORDERED THIS 20th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE