IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGE M. ALLENSWORTH                                                    PLAINTIFF

V.                              NO. 3:06cv00036 JMM

COMMISSIONER, Social                                                     DEFENDANT
Security Administration

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment in Plaintiff's favor on the merits in this case shall be entered by separate document, as required by Fed. R. Civ. P. 58.

IT IS SO ORDERED THIS 12th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE