IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGE M. ALLENSWORTH                                              PLAINTIFF

V.                          NO. 3:06cv00036 JMM

COMMISSIONER, Social                                               DEFENDANT
Security Administration

## JUDGMENT

Pursuant to documentation of a fully favorable administrative decision for Plaintiff judgment is hereby entered as required by Fed. R. Civ. P. 58.

IT IS SO ORDERED THIS 12th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE