IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGE M. ALLENSWORTH                                                              PLAINTIFF

V.                                      NO. 3:06cv00036 JMM

COMMISSIONER, Social                                                                DEFENDANT
Security Administration

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE,

(1) Judgment in Plaintiff's favor, as required by Fed. R. Civ. P. 58, has been entered;

(2) Plaintiff's renewed motion for attorney's fees, costs and expenses pursuant to EAJA, 28 U.S.C. § 2412, (doc. 9) is granted;

(3) Plaintiff's attorney is entitled to an EAJA award of attorney's fees in the amount of $1,550.25, together with expenses of $39.44, for a total of $1,589.69;

(4) The Commissioner is directed to certify and pay to Marc Baretz, attorney for Plaintiff, the fees and expenses awarded pursuant to EAJA ($1,589.69); and

(5) Plaintiff's attorney is entitled to costs in the amount of $260.98 pursuant to 28 U.S.C. § 2412(a), to be paid by the Secretary of the United States Treasury.

IT IS SO ORDERED THIS 12th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE